American Express Company
PO Box 981535
El Paso, Texas 79998

Auerbach Sierra Meadows
c/o colliers international
10765 Double R. Blvd. #100
Reno Nevada 89521

Betsy B. Haines
PO Box 397
Menlo Park, CA 94026

BofA Visa
PO Box 85001
Dallas, Texas 75285-1001

Chase Home Equity Loan Servicing
PO Box 24714
Columbus, OH 43224

Chase Home Finance LLC
PO Box 44090
Jacksonville, Florida
32231

Chase Motors Finance
PO Box 901076
Forth Worth, Texas 76101

Citibank
726 Exchange St. Suite 700
Buffalo, New York 14210

Darby Law Practice
477 Caughlin Parkway
Reno, Nevada 89519

Department of the Treasury
Internal Revenue Service
Fresno, CA  93888-0002

Don Gieseke
The Galena Group
18124 Wedge Parkway
Suite 518
Reno, NV 89511

FRANCHISE TAX BOARD
PO BOX 942840
Sacramento , CA 94240

Nevada Department of Taxation
State of Nevada- Sales/Use Tax
PO Box 52609
Phoenix, AZ 85072-2609

Robin Miller
2100 Manchester Rd.
Suite A-503
Wheaton, Illinois 60187

U.S. Small Business Administration
801 Tom Martin Drive, Suite 120
Birmingham, Alabama 35211

United States Trustee Office
300 Booth St.
Reno, NV 89509

In re: Robert Lawrence Hughes

Debtor

Case No. _____

Chapter 11

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of 2 sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: _____

Signed: _____
Robert Lawrence Hughes

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of 2 sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: _____

Signed: _____
Robert Lawrence Hughes