PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for JPMorgan Chase Bank, N.A.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>ROBERT LAWRENCE HUGHES,<br><br>Debtor(s). | Case No. 11-32611<br><br>Chapter 11<br><br>**JPMORGAN CHASE BANK, N.A.'S REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS** |

TO: UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), AND ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that the firm of PITE DUNCAN, LLP, attorneys for JPMorgan Chase Bank, NA hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

/./././
/./././

REQUEST FOR SPECIAL NOTICE -1-

1  PITE DUNCAN, LLP, requests that for all notice purposes and for inclusion in the
2  Master Mailing List in this case, the following address be used:

PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

6  Neither this Request for Special Notice nor any subsequent appearance, pleading,
7  claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a
8  waiver of the within party's:

9  a. Right to have any and all final orders in any and all non-core matters entered
10 only after de novo review by a United States District Court Judge;

11 b. Right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the
12 instant proceeding by Fed. R. Bankr. P. 7004, notwithstanding Pite Duncan, LLP's participation in
13 the instant proceeding. This Request for Special Notice shall not operate as a confession and/or
14 concession of jurisdiction. Moreover, the within party does not authorize Pite Duncan, LLP, either
15 expressly or impliedly through Pite Duncan, LLP's participation in the instant proceeding, to act as
16 its agent for purposes of service under Fed. R. Bankr. P. 7004;

17 c. Right to trial by jury in any proceeding as to any and all matters so triable
18 herein, whether or not the same be designated legal or private rights, or in any case, controversy or
19 proceeding related hereto, notwithstanding the designation or not of such matters as "core
20 proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to
21 statute or the United States Constitution;

22 d. Right to have the reference of this matter withdrawn by the United States
23 District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and
24 /././
25 /././
26 /././
27 /././
28 /././

1    e. Other rights, claims, actions, defenses, setoffs, recoupments or other matters
2 to which this party is entitled under any agreements at law or in equity or under the United States
3 Constitution.

4 Dated: August 2, 2011                    PITE DUNCAN, LLP

                                          By:/s/ Todd S. Garan (CA SBN 236878)
                                          TODD S. GARAN
                                          Attorneys for JPMorgan Chase Bank, N.A.

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS was served on August 2, 2011. Service was accomplished by the method and to the following as indicated:

BY ELECTRONIC NOTICE OR FIRST CLASS MAIL

**DEBTORS**

Robert Lawrence Hughes
623 Upland Road
Redwood City, CA 94062

**DEBTORS' ATTORNEY**
**(via electronic notice)**

ksilva@campeaulaw.com

**TRUSTEE**
**(via electronic notice)**

USTPRegion17.SF.ECF@usdoj.gov
julie.m.glosson@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 2, 2011, at San Diego, California.

/s/ Whitney Farrell
WHITNEY FARRELL