CAMPEAU GOODSELL SMITH
Kari Silva Bowyer, Bar No. 257033
440 North First Street, Ste 100
San Jose, California 95112
Telephone:    408.295.9555
Facsimile:    408.295.6606
ksilva@campeaulaw.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| IN RE:<br><br>ROBERT LAWRENCE HUGHES,<br><br>DEBTOR. | Case No. 11-32611 DM<br><br>Chapter 11<br><br>FIRST AMENDED BALLOT SUMMARY AND TABULATION<br><br><br><br>HON. DENNIS MONTALI |

The Debtor and the Debtor-In-Possession ROBERT LAWRENCE. HUGHES ("Debtor") hereby submits the following summary of ballots received by Campeau Goodsell Smith regarding the Debtor's approved Combined Plan of Reorganization and Approved Disclosure Statement (dated July 20, 2012 Court Docket No.55 )("Plan").

Copies of the ballots are attached hereto as Exhibit "A".

///

///

CAMPEAU GOODSELL
SMITH
ATTORNEYS AT LAW
SAN JOSE

1

FIRST AMENDED BALLOT SUMMARY AND TABULATION

Case: 11-32611    Doc# 62    Filed: 09/05/12    Entered: 09/05/12 17:13:14    Page 1 of 12

**HUGHES**
Case No. 11-32611

BALLOT SUMMARY: <u>Secured Creditor (Class 1c)</u>

|  | Accept | Reject |
|---|---|---|
| TOTALS | (0) $- | (0) $- |
| % Amounts | 0% Number Accept | 0 % Number Reject |

BALLOT SUMMARY: <u>Unsecured Creditors (Class 2a)</u>

|  | Accept | Reject |
|---|---|---|
| American Express Bank | $9,892.00 | |
| Auerbach Sierra Meadows LLC | 504,048.00 | |
| Betsy Haines | 300,000.00 | |
| Robin Miller | 2,500.00 | |
| TOTALS | (4) $ 816,440.00 | (0) $ -0- |
| % Number | 100% Number Accept | 0 % Number Reject |

///

///

CAMPEAU GOODSELL
SMITH
ATTORNEYS AT LAW
SAN JOSE

| | |
|---|---|
| 1 | I, Kari S. Bowyer, declare under penalty of perjury of the laws of the United States that the |
| 2 | original ballots are attached hereto (or facsimile versions thereof) and the ballots were received |
| 3 | on or before August 29, 2012. |

Dated: September 5, 2013

CAMPEAU GOODSELL SMITH
/s/: *Kari S. Bowyer*
Kari S. Bowyer

CAMPEAU GOODSELL
SMITH
ATTORNEYS AT LAW
SAN JOSE

EXHIBIT "A"

CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
KARI S. BOWYER, #257033
440 N. 1st Street, Suite 100
San Jose, California   95112
Telephone:  (408) 295-9555
Facsimile:   (408) 295-6606

ATTORNEYS FOR Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                    ) Case No. 11-32611
                                          )
ROBERT LAWRENCE HUGHES                    ) CHAPTER 11
                                          )
              Debtor.                     ) **BALLOT FOR ACCEPTING OR**
                                          ) **REJECTING PLAN OF**
                                          ) **REORGANIZATION**
                                          )
                                          ) **Confirmation Hearing**
                                          ) Date:  September 5, 2012
                                          ) Time: 9:30 a.m.
                                          ) Court:
                                          )    Hon Dennis Montali
                                          )    235 Pine St.
                                          )    San Francisco, CA 94104
_____)

The Debtor Robert Lawrence Hughes ("Debtor") has filed a COMBINED PLAN (the "Plan") AND DISCLOSURE STATEMENT (the "Disclosure Statement") dated July 20, 2012/Docket #55) ("Disclosure Statement"). The Court has approved the Disclosure Statement with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Debtor's counsel Kari Bowyer of Campeau Goodsell Smith, 440 N. 1st Street, #100, San Jose, CA 95112 or the court located at 280 S. First St., San Jose, CA 945113. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are

entitled to vote.

If your ballot is not received by Debtor's counsel Kari Bowyer, 440 N. 1st Street, #100, San Jose, CA 95112 (408-295-9555) on or before August 29, 2012 and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

Mark Applicable Class:

_____  Class 1c Secured Deutsche National Trust c/o JP Morgan Chase

__X__  Class 2a Treatment of General Unsecured Creditors

Account: 3002

[X] ACCEPTS THE PLAN          [ ] REJECTS THE PLAN

Dated: August 22, 2012
Print or type name: American Express Bank, FSB
Signature: _____
Kenneth W. Kleppinger
Title (if corporation or partnership) Attorneys/Agent for creditor
Address: c/o Becket & Lee LLP, PO Box 3001, Malvern, PA 19355

RETURN THIS BALLOT on or before August 14, 2012 to: Kari Bowyer of Campeau Goodsell Smith, 440 N. 1st Street, #100, San Jose, CA 95112.

***End of Ballot***

CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
KARI S. BOWYER, #257033
440 N. 1st Street, Suite 100
San Jose, California 95112
Telephone: (408) 295-9555
Facsimile: (408) 295-6606

ATTORNEYS FOR Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: ) Case No. 11-32611
)
ROBERT LAWRENCE HUGHES ) CHAPTER 11
)
        Debtor. ) BALLOT FOR ACCEPTING OR
) REJECTING PLAN OF
) REORGANIZATION
)
) Confirmation Hearing
) Date: September 5, 2012
) Time: 9:30 a.m.
) Court:
)   Hon Dennis Montali
)   235 Pine St.
)   San Francisco, CA 94104
_____)

    The Debtor Robert Lawrence Hughes ("Debtor") has filed a COMBINED PLAN (the "Plan") AND DISCLOSURE STATEMENT (the "Disclosure Statement") dated July 20, 2012/Docket #55) ("Disclosure Statement"). The Court has approved the Disclosure Statement with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Debtor's counsel Kari Bowyer of Campeau Goodsell Smith, 440 N. 1st Street, #100, San Jose, CA 95112 or the court located at 280 S. First St., San Jose, CA 945113. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

    You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are

BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

Case: 11-32611   Doc# 62   Filed: 09/05/12   Entered: 09/05/12 17:13:14   Page 7 of 12

entitled to vote.

If your ballot is not received by Debtor's counsel Kari Bowyer, 440 N. 1st Street, #100, San Jose, CA 95112 (408-295-9555) on or before August 29, 2012 and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

Mark Applicable Class:

               Class 1c Secured Deutsche National Trust c/o JP Morgan Chase

[X]      Class 2a Treatment of General Unsecured Creditors

[X] ACCEPTS THE PLAN      [ ] REJECTS THE PLAN

Dated: August 23, 2012

Print or type name: Courtney Forster, Esq.

Signature: _Courtney Forster_

Title (if corporation or partnership): _____

Address: Auerbach Sierra Meadows, LLC
c/o Gunderson Law Firm
3895 Warren Way
Reno, NV 89509

RETURN THIS BALLOT on or before August 14, 2012 to: Kari Bowyer of Campeau Goodsell Smith, 440 N. 1st Street, #100, San Jose, CA 95112.

***End of Ballot***

---

BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

2

CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
KARI S. BOWYER, #257033
440 N. 1st Street, Suite 100
San Jose, California  95112
Telephone: (408) 295-9555
Facsimile:   (408) 295-6606

ATTORNEYS FOR Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                                )   Case No. 11-32611
                                                      )
ROBERT LAWRENCE HUGHES                                )   CHAPTER 11
                                                      )
             Debtor.                                  )   **BALLOT FOR ACCEPTING OR**
                                                      )   **REJECTING PLAN OF**
                                                      )   **REORGANIZATION**
                                                      )
                                                      )   **Confirmation Hearing**
                                                      )   Date: September 5, 2012
                                                      )   Time: 9:30 a.m.
                                                      )   Court:
                                                      )       Hon Dennis Montali
                                                      )       235 Pine St.
                                                      )       San Francisco, CA 94104
_____              )

The Debtor Robert Lawrence Hughes ("Debtor") has filed a COMBINED PLAN (the "Plan") AND DISCLOSURE STATEMENT (the "Disclosure Statement") dated July 20, 2012/Docket #55) ("Disclosure Statement"). The Court has approved the Disclosure Statement with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Debtor's counsel Kari Bowyer of Campeau Goodsell Smith, 440 N. 1st Street, #100, San Jose, CA 95112 or the court located at 280 S. First St., San Jose, CA 945113. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are

1 | entitled to vote.
2 | If your ballot is not received by Debtor's counsel Kari Bowyer, 440 N. 1st Street, #100, San Jose,
3 | CA 95112 (408-295-9555) on or before August 29, 2012 and such deadline is not extended, your vote
4 | will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy
5 | Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

Mark Applicable Class:

_____   Class 1c Secured Deutsche National Trust c/o JP Morgan Chase

___✓___   Class 2a Treatment of General Unsecured Creditors

[✓] ACCEPTS THE PLAN     [ ] REJECTS THE PLAN

Dated: August 17, 2012
Print or type name: Betsy Haines
Signature: Betsy B. Haines
Title (if corporation or partnership): _____
Address: 548 Echo Ridge CT
Reno, NV 89511

RETURN THIS BALLOT on or before August 14, 2012 to: Kari Bowyer of Campeau Goodsell Smith, 440 N. 1st Street, #100, San Jose, CA 95112.

***End of Ballot***

BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION
2

CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
KARI S. BOWYER, #257033
440 N. 1st Street, Suite 100
San Jose, California   95112
Telephone:   (408) 295-9555
Facsimile:    (408) 295-6606

ATTORNEYS FOR Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                                    ) Case No. 11-32611
                                                          )
ROBERT LAWRENCE HUGHES                                    ) CHAPTER 11
                                                          )
                    Debtor.                               ) **BALLOT FOR ACCEPTING OR**
                                                          ) **REJECTING PLAN OF**
                                                          ) **REORGANIZATION**
                                                          )
                                                          ) **Confirmation Hearing**
                                                          ) Date: September 5, 2012
                                                          ) Time: 9:30 a.m.
                                                          ) Court:
                                                          )    Hon Dennis Montali
                                                          )    235 Pine St.
                                                          )    San Francisco, CA 94104
_____)

 The Debtor Robert Lawrence Hughes ("Debtor") has filed a COMBINED PLAN (the "Plan") AND DISCLOSURE STATEMENT (the "Disclosure Statement") dated July 20, 2012/Docket #55) ("Disclosure Statement"). The Court has approved the Disclosure Statement with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Debtor's counsel Kari Bowyer of Campeau Goodsell Smith, 440 N. 1st Street, #100, San Jose, CA 95112 or the court located at 280 S. First St., San Jose, CA 945113. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

 You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are

---

**BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**

entitled to vote.

If your ballot is not received by Debtor's counsel Kari Bowyer, 440 N. 1st Street, #100, San Jose, CA 95112 (408-295-9555) on or before August 29, 2012 and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

Mark Applicable Class:

_____ Class 1c Secured Deutsche National Trust c/o JP Morgan Chase

__X__ Class 2a Treatment of General Unsecured Creditors

[X] ACCEPTS THE PLAN           [ ] REJECTS THE PLAN

Dated: 8/7/12
Print or type name: Robin Miller
Signature: [signed]
Title (if corporation or partnership): _____
Address: 2100 Manchester #503
Wheaton, IL 60187

RETURN THIS BALLOT on or before August 14, 2012 to: Kari Bowyer of Campeau Goodsell Smith, 440 N. 1st Street, #100, San Jose, CA 95112.

***End of Ballot***

---

BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION
2