UNITED STATES BANKRUPTCY COURT
Northern District of California (San Francisco)

IN RE:  
Debtors: Robert Lawrence Hughes

Case No.: 11-32611  
Loan Number (Last 4): 4897

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR1 | Deutsche Bank National Trust Company as Trustee |
| Serviced by Select Portfolio Servicing, Inc. | c/o JPMorgan Chase Bank, NA |
| Name of Transferee | Name of Transferor |
| 3815 South West Temple | Court Claim # (if known): 8 |
| Salt Lake City, UT 84115 | Amount of Claim: $685,940.73 |
| | Date Claim Filed: 10/26/2011 |
| Phone: 800-258-8602 | Last Four Digits of Acct #: 6628 |
| Last Four Digits of Acct #: 4897 | |

Name and Address where transferee payments should be sent (if different from above):

PO Box 65450  
Salt Lake City, UT 84165

Phone: 800-258-8602  
Last Four Digits of Acct #: 4897

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Bill Taylor             Date: 10/20/2013  
Authorized Filing Agent  
(Approved by: Gina Hiatt)

Specific Contact Information:  
P: 800-258-8602  
Gina.Hiatt@spservicing.com

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Case: 11-32611   Doc# 79   Filed: 10/20/13   Entered: 10/20/13 14:26:34   Page 1 of 1
443867-c46c0195-4de4-4bdd-b2a6-11e528fc2a07