CAMPEAU GOODSELL SMITH
A Law Corporation
SCOTT L. GOODSELL, SBN 122223
WILLIAM J. HEALY, SBN 146158
440 North First St., Ste 100
San Jose, California 95112
(408) 295-9555

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 11-32611 |
| ROBERT LAWRENCE HUGHES, | CHAPTER 11 |
| | **NOTICE OF CHANGE OF ADDRESS FOR DEBTOR** |
| Debtor. | |

Comes now, Campeau Goodsell Smith, counsel for Debtor Robert Lawrence Hughes ("Debtor"), and submits the following **NOTICE OF CHANGE OF ADDRESS FOR DEBTOR** as follows:

Effective immediately Debtor's new address, for all notices and purposes, is:

Robert Lawrence Hughes

600 Baltic Circle, Unit 328

Redwood City, CA 94065


Dated: July 16, 2014              Campeau Goodsell Smith.
                                  /s/William J. Healy, Esq.
                                  William J. Healy, Esq.