| | |
|---|---|
| CAMPEAU GOODSELL SMITH, L.C. | Case Name: In re ROBERT LAWRENCE HUGHES, |
| SCOTT L. GOODSELL, #122223 | |
| WILLIAM J. HEALY #146158 | Case No.: 11-32611 |
| 440 North 1st Street, Suite 100 | |
| San Jose, CA 95112 | |
| TEL. (408) 295-9555 | |
| FAX. (408)295-6606 | |

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
**CERTIFICATE OF SERVICE**

I declare that I am employed in the County of Santa Clara, California; I am over the age of 18 years, and not a party to the within entitled cause; my address is 440 N. 1st Street, Suite 100 San Jose, California 95112.

On July 16, 2014, I served a copy of:

**1. NOTICE OF CHANGE OF ADDRESS FOR DEBTOR**

BY MAIL, and ECF OR AS OTHERWISE NOTED, by placing a true copy thereof enclosed in a sealed envelope addressed to:

American Express Company
PO Box 981535
El Paso, Texas 79998-1535

Dave Blewett
Intero Real Estate Services SC
1250 San Carlos Ave., Ste 102
San Carlos, CA 94070-2400

CA Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Chase Home Equity Loan Servicing
PO Box 24714
Columbus, OH 43224-0714

Chief Tax Collection Section
Employment Development Section
P.O. Box 826203
Sacramento, CA 94230-0001

Darby Law Practice
4777 Caughlin Parkway
Reno, Nevada 89519-0906

Deutsche Bank National Trust Company as Trus
c/o JPMorgan Chase Bank, NA

| | |
|---|---|
| 1 | Attn: OH4-7302<br>3415 Vision Drive |
| 2 | Columbus, OH 43219-6009 |
| 3 | Deutsche Bank National Trust Company, a<br>Serviced by Select Portfolio Servicing, |
| 4 | 3815 South West Temple<br>Salt Lake City, UT 84115-4412 |
| 5 | |
| 6 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952 |
| 7 | Sacramento, CA 95812 2952 |
| 8 | John Acierno<br>Pite Duncan LLP |
| 9 | 4375 Jutland Dr. #200<br>P.O. Box 17933 |
| 10 | San Diego, CA 92177-7921 |
| 11 | Auerbach Sierra Meadows, LLC<br>Mark H. Gunderson. Esq. |
| 12 | Courtney G. Sweet, Esq.<br>3895 Warren Way |
| 13 | Reno Nevada 89509-5243 |
| 14 | BofA Visa<br>PO Box 85001 |
| 15 | Dallas, Texas 75285-1001 |
| 16 | CA Franchise Tax Board<br>Special Procedures Bankruptcy Unit |
| 17 | P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| 18 | |
| 19 | Chase Home Finance LLC<br>PO Box 44090<br>Jacksonville, Florida 32231-4090 |
| 20 | |
| 21 | Citibank<br>726 Exchange St. Suite 700<br>Buffalo, New York 14210-1464 |
| 22 | |
| 23 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346 |
| 24 | PHILADELPHIA PA 19101-7346 |
| 25 | Deutsche Bank National Trust Company as Trus<br>Pite Ducan, LLP |
| 26 | C/O John B. Acierno<br>4375 Jutland Drive, Ste 200 |
| 27 | PO Box 17933<br>San Diego, CA 92177-7921 |
| 28 | |
| | Don Gieseke<br>The Galena Group |

| | |
|---|---|
| 1 | 18124 Wedge Parkway<br>Suite 518 |
| 2 | Reno, NV 89511-8134 |
| 3 | Todd S. Garan<br>Pite Duncan, LLP |
| 4 | 4375 Jutland Drive # 200<br>P.O.Box 17933 |
| 5 | San Diego, CA 92177-7921 |
| 6 | American Express Bank FSB<br>c/o Becket and Lee LLP |
| 7 | POB 3001<br>Malvern PA 19355-0701 |
| 8 | |
| 9 | Betsy B. Haines<br>548 Echo Ridge<br>Reno, NV 89511-5379 |
| 10 | |
| 11 | Chase Motors Finance<br>PO Box 901076<br>Forth Worth, Texas 76101-2076 |
| 12 | |
| 13 | Matthew R. Clark III<br>Pite Duncan, LLP |
| 14 | 4375 Jutland Drive #200<br>P.O.Box 17933 |
| | San Diego, CA 92177-7921 |
| 15 | |
| 16 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346 |
| 17 | Philadelphia, PA 19101-7346 |
| 18 | Deutsche Bank National Trust Company as Trus<br>Pite Duncan, LLP c/o Matthew Clark |
| 19 | 4375 Jutland Dr. Ste. 200<br>PO Box 17933 |
| 20 | San Diego, CA 92177-7921 |
| 21 | Courtney G. Forster<br>Gunderson Law Firm |
| 22 | 3895 Warren Way<br>Reno, NV 89509-5243 |
| 23 | |
| 24 | Julie M. Glosson<br>Office of the United States Trustee<br>235 Pine St. #700 |
| 25 | San Francisco, CA 94104-3484 |
| 26 | Mark H. Gunderson<br>Gunderson Law Firm |
| 27 | 3895 Warren Way<br>Reno, NV 89509-5243 |
| 28 | |
| | IRS<br>P.O. Box 7346 |

| | |
|---|---|
| 1 | Philadelphia, PA 19101-7346 |
| 2 | JPMorgan Chase Bank, N.A.<br>H.E. Bankruptcy Department |
| 3 | 2901 Kinwest Parkway<br>Irving, TX 75063-5816 |
| 4 | |
| 5 | Nevada Department of Taxation<br>State of Nevada- Sales/Use Tax<br>PO Box 52609 |
| 6 | Phoenix, AZ 85072-2609 |
| 7 | Select Portfolio Servicing, Inc<br>3815 South West Temple |
| 8 | Salt Lake City, UT 84115-4412 |
| 9 | United States Trustee Office<br>300 Booth St. |
| 10 | Reno, NV 89509-1360 |
| 11 | JPMorgan Chase Bank, N.A.<br>Alvarado & Associates, LLP |
| 12 | 1 Mac Arthur Pl., #210<br>Santa Ana, CA 92707-5998 |
| 13 | |
| 14 | JPMorgan Chase Bank,N.A.<br>201 n central ave<br>az1-1191 |
| 15 | phoenix az 85004-0073 |
| 16 | Office of the U.S. Trustee / SF<br>Office of the U.S. Trustee |
| 17 | 235 Pine St<br>Suite 700 |
| 18 | San Francisco, CA 94104-2745 |
| 19 | U.S. Attorney<br>Civil Division |
| 20 | 450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 |
| 21 | |
| 22 | Robert Lawrence Hughes<br>623 Upland Rd.<br>Redwood City, CA 94062-2828 |
| 23 | |
| 24 | JPMorgan Chase Bank, N.A.<br>Pite Duncan, LLP<br>c/o Todd S. Garan |
| 25 | 4375 Jutland Drive, Suite 200<br>P.O. Box 17933 |
| 26 | San Diego, CA 92177-7921 |
| 27 | Steven M. Lawrence<br>Alvarado and Associates, LLP |
| 28 | 1 Mac Arthur Place #210<br>Santa Ana, CA 92707-5998 |

| | |
|---|---|
| 1 | Robin Miller<br>2100 Manchester Rd. |
| 2 | Suite A-503<br>Wheaton, Illinois 60187-4586 |
| 3 | |
| 4 | U.S. Small Business Administration<br>801 Tom Martin Drive, Suite 120<br>Birmingham, Alabama 35211-6424 |
| 5 | |
| 6 | Department of the Treasury<br>Internal Revenue Service<br>Fresno, CA 93888-0002 |
| 7 | |
| 8 | Nevada State Bank<br>PO Box 990<br>Las Vegas, NV 89125-0990 |
| 9 | |
| 10 | Keely Bradshaw<br>Zions First National Bank |
| 11 | Loan Workout Officer, VP<br>1 South Main Street, Ste. 1400 |
| 12 | Salt Lake City, Utah 84133 |
| 13 | |
| 14 | Margaret E. Garms<br>Parkinson Phinney |
| 15 | 400 Capitol Mall, Suite 2560<br>Sacramento, CA 95814 |
| 16 | |
| | All ECF<br>Recipients |
| 17 | |

I am familiar with the firm's practice for collecting and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Jose, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury, under the laws of California, that the foregoing is true and correct. Executed on <u>July 16, 2014</u>, at San Jose, California.

                                          /s/ William J. Healy<br>
                                          William J. Healy