```
CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223        Signed and Filed: July 31, 2014
WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
San Jose, California   95112
Telephone:  (408) 295-9555
Facsimile:  (408) 295-6606
```

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

ATTORNEYS FOR Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 11-32611 |
| ROBERT LAWRENCE HUGHES, | CHAPTER 11 |
| Debtor. | **FINAL DECREE** |

The **APPLICATION FOR ENTRY OF FINAL DECREE** ("Application") having been filed by Debtor ROBERT LAWRENCE HUGHES ("Hughes" or "Debtor"), it appearing that service of the Application on the appropriate parties having been made, no objections having been filed, the court being fully advised on the matter, and good cause appearing therefore:

IT IS HEREBY ORDERED that the Application is granted;

IT IS HEREBY ORDERED that immediately upon entry of this Final Decree the above-entitled Chapter 11 case be, and hereby is, closed; and

IT IS HEREBY ORDERED that the case may be reopened pursuant to 11 USC 350 (b) in the even circumstances so warrant.

***End of Order***

FINAL DECREE

**Court Service List**

**All ECF Recipients**

FINAL DECREE
2